QUINN EMANUEL URQUHART & SULLIVAN LLP
Joseph M. Paunovich (Bar No. 228222)
   joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorney for Plaintiff Moldex-Metric, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>JIANGYIN SIAN PLASTIC PROTECH CO., LTD dba LYSIAN, a Chinese company,<br><br>          Defendant. | CASE NO. 2:23-cv-05959<br><br>NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT BY PLAINTIFF MOLDEX-METRIC, INC. |

**TO THE COURT CLERK AND ALL PARTIES OF RECORD:**

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for plaintiff MOLDEX-METRIC, INC., certifies that no others have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, MOLDEX-METRIC, INC. states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

DATED: July 24, 2023                QUINN EMANUEL URQUHART & SULLIVAN LLP


By  */s/ Joseph M. Paunovich*
    Joseph M. Paunovich
    *Attorney for Plaintiff Moldex-Metric, Inc.*