JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>JIANGYIN SIAN PLASTIC PROTECH CO., LTD. dba LYSIAN, a Chinese company,<br><br>             Defendant. | CASE NO. 2:23-cv-05959-SVW-AS<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| JIANGYIN SIAN PLASTIC PROTECH CO., LTD. dba LYSIAN, a Chinese company,<br><br>             Counterclaimant,<br>      vs.<br><br>MOLDEX-METRIC, INC., a California corporation,<br><br>             Counter-defendant, | **Judge:** Hon. Stephen V. Wilson<br>**Complaint Filed:** July 23, 2023<br>**Trial:** April 16, 2024 |

The Court having read and reviewed the parties' Stipulation to Consent Judgment and Permanent Injunction, and in view of the Parties' confidential Settlement Agreement resolving this Action in its entirety, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.     Moldex owns the green trademark used with Moldex's earplug products as shown in Exhibit 1 hereto (the "Green Color Trademark").

2.     Lysian has made, exported, imported, offered for sale, sold, advertised and/or marketed the following earplug products with green colors in the United States that Moldex alleges are confusingly similar to the Green Color Trademark: Lysian's "Bright Green Earplugs" and "Yellow-Green Earplugs" (collectively, the "Allegedly Infringing Products"), which are shown in Exhibit 2.

3.     Lysian does not dispute that Moldex's Green Color Trademark is owned by Moldex and valid and enforceable.

4.     Lysian does not dispute that Moldex's Green Color Trademark has been marketed for over 40 years and has acquired secondary meaning among buyers of green earplugs in the United States as a source identifier for Moldex's earplugs and distinguishes Moldex's earplugs from the earplugs sold by others.

5.     Except as provided in the confidential Settlement Agreement resolving this Action between the parties,  Lysian and its officers, directors, agents, servants, employees, attorneys, assignees, and all persons or entities in active concert or participation with, through, or under Lysian are hereby permanently enjoined from knowingly, directly or indirectly, (1) making (or having made for them), offering to sell, selling, exporting, importing, advertising and/or marketing in the United States the Allegedly Infringing Products, and any other hue of green color earplugs except for the colors authorized in the confidential Settlement Agreement; and (2) assisting, aiding, or abetting any other person or entity in performing any of the activities referred to in Paragraph (5)(1).

6. This Court shall retain jurisdiction of this action for the purpose of enforcing this Consent Judgment and Permanent Injunction.

7. Each party to this Action shall pay its own attorneys' fees and costs in connection with the resolution of this Action. In any action to remedy, prevent or obtain relief under this Consent Judgment and Permanent Injunction, the prevailing Party shall be awarded its reasonable attorneys' fees and costs.

8. No appeal shall be taken by any party from this Consent Judgment and Permanent Injunction, the right to appeal being expressly waived by all parties.

9. To the extent not specifically addressed herein, all claims, counterclaims, and affirmative defenses are dismissed with prejudice. This Consent Judgment and Permanent Injunction concludes this action.

The Clerk is directed to enter this Consent Judgment and Permanent Injunction without further notice.

DATED: March 8, 2024

_____
Hon. Stephen V. Wilson
United States District Judge

1

**Exhibit 1**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





**Exhibit 2**

## "Bright Green Earplugs"





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# "Bright Green Earplugs"





[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

1

**"Yellow-Green Earplugs"**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION